IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | CRIMINAL NO. 6:09CR 70 |
| V. | § | JUDGE Schneider/Love |
| | § | |
| CHRISTIE RENAE MCCRAY, aka | § | |
| CHRISTIE FORD | § | |

### INDICTMENT

**SEALED**

THE UNITED STATES GRAND JURY CHARGES:

### COUNT 1

Violation: Title 18, United States Code, Section 922(g)(1) and 924 (a)(2) (Felon in possession of a firearm)

On or about November 17, 2008, in the Eastern District of Texas, CHRISTIE RENAE MCCRAY, also known as CHRISTY FORD, Defendant herein, having been convicted of an offense punishable by imprisonment for a term exceeding one year, to wit: Aggravated Assault, a felony, in Cause Number 27811-B, in the 124th District Court for Gregg County, Texas on March 26, 2001, did knowingly, intentionally and unlawfully possess in and affecting commerce firearms, to wit:

(1) Glock, Model 27, .40 caliber pistol, bearing serial number KFC594; and
(2) Taurus, Model PT58, .380 caliber pistol, bearing serial number KND70234,

which had been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Section 922(g)(1) and 924(a)(2).

Dated: June 3, 2009

_____
Foreperson of the Grand Jury

JOHN M. BALES
UNITED STATES ATTORNEY

_____
RICHARD L. MOORE
ASSISTANT U.S. ATTORNEY
110 N. College, Suite 700
Tyler, Texas 75702
903-590-1400
Bar Card No. 14366700

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | CRIMINAL NO. 6:09CR____ |
| V. | § | JUDGE _____ |
| | § | |
| CHRISTIE RENAE MCCRAY, aka | § | |
| CHRISTIE FORD | § | |

## NOTICE OF PENALTY

### COUNT 1

Violation: Title 18, United States Code, Section 922(g)(1)
(Felon in possession of a firearm)

Penalty: Imprisonment for a term of not more than 10 years, a fine not to exceed $250,000, or both. A term of supervised release of not more than 3 years.

Special Assessment: $100.00